# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE LUIS QUINTERO CONCEPCION,

Petitioner,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-07969-JLT-SAB-HC

ORDER DIRECTING RESPONDENT TO FILE CERTIFICATE OF SERVICE

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 21, 2026, Respondents filed a response to the petition. (ECF No. 10.) Rule 5 of the Federal Rules of Civil Procedure provides that when a pleading or motion is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for documents conventionally served, the Local Rules require that proof of service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the response, and none has been filed subsequently.

///

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of service this order, Respondents SHALL file a certificate of service of the response.

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge